IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| TRAVIS WAYNE HUGHES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | Case No. 1-05-1045 T An |
| | ) | |
| MCNAIRY COUNTY, TENNESSEE; | ) | |
| TOMMY RILEY, in his Official | ) | |
| Capacity as Sheriff of McNairy | ) | |
| County, and individually; | ) | |
| KEITH GATES, in his Official | ) | |
| Capacity as Deputy Sheriff with | ) | |
| the McNairy County Sheriff's | ) | |
| Department and individually; | ) | |
| and JOE STUTTS, | ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates are established as the final dates for:

**INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1): September 12, 2005**

**JOINING PARTIES:**

    for Plaintiff: **October 31, 2005**
    for Defendant: **November 28, 2005**

**AMENDING PLEADINGS:**

    for Plaintiff: **October 31, 2005**
    for Defendant: **November 28, 2005**

**COMPLETING ALL DISCOVERY:**     May 1, 2006

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 09-01-05

    (a)    **REQUESTS FOR PRODUCTION, INTERROGATORIES AND REQUESTS FOR ADMISSIONS:**    **May 1, 2006**

    (b)    **EXPERT DISCLOSURE (Rule 26(a)(2):**

        (i)    Plaintiff's Experts:    **March 1, 2006**

        (ii)    Defendant's Experts:    **April 3, 2006**

        (iii)    Supplementation under Rule 26(e): **April 13, 2006**

    (c)    **DEPOSITIONS OF EXPERTS:**    **May 1, 2006**

**FILING DISPOSITIVE MOTIONS:**    **April 24, 2006**

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3):**

    (a)    for Plaintiff:    **June 9, 2006**
    (b)    for Defendant:    **June 26, 2006**

Parties shall have __10__ days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expect to last __2__ Days and is **SET** for **JURY TRIAL** on **Monday, July 24, 2006** at **9:30 A.M.** A joint pertrial order is due on __**Friday, July 19, 2006**__. In the event the parties are unable to agree on a joint pretrial order, the parties must notify the Court at least ten days before trial.

**OTHER RELEVANT MATTERS:**

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)¢B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion fled in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

***The parties are encouraged to engage in court-annexed attorney mediation or private mediation <u>on or before the close of discovery.</u>***

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

_S. Thomas Anderson_
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: August 22, 2005

APPROVED FOR ENTRY:

_Charles Fleet by Mark Donahoe w/permission_
CHARLES F. FLEET, JR.    BPR#009446
Attorney for Plaintiff
P.O. Box 638
Bolivar, TN 38008

_C. Mark Donahoe_
C. MARK DONAHOE        BPR #014049
Attorney for Defendant Stutts
P.O. Box 98
Jackson, TN 38302
(731) 424-2151

-3-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:05-CV-01045 was distributed by fax, mail, or direct printing on September 1, 2005 to the parties listed.

---

Stephen L. Hale
HALE HATTON
P.O. Box 638
Bolivar, TN 38008

Charles Fleet
110 N. Water St.
P.O. Box 638
Bolivar, TN 38008

C. Mark Donahoe
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT